Certificate Number: 17082-MSS-DE-039661539

Bankruptcy Case Number: 25-00147



17082-MSS-DE-039661539

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 14, 2025</u>, at <u>11:11</u> o'clock <u>AM MST</u>, <u>JAMES HICKS</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>Southern District of Mississippi</u>.

Date:  <u>May 14, 2025</u>          By:     <u>/s/Orsolya K Lazar</u>

                                      Name:  <u>Orsolya K Lazar</u>

                                      Title:   <u>Executive Director</u>