# UNITED STATES BANKRUPTCY COURT

## Southern District of Mississippi (Jackson-3 Divisional Office)

IN RE: James E. Hicks            Case # 25-00147
                                            Chapter 13 Proceedings

### NOTICE OF WITHDRAWAL OF FIRST TOWER LOAN OF MISSISSIPPI'S PROOF OF CLAIM (5-1)

First Tower Loan, LLC doing business as Tower Loan of Meridian (Tower) pursuant to the Federal Rule of Civil Procedure 41(a) files this Notice of Withdrawal of Tower Loan of Mississippi's Proof of Claim (5-1) in the above referenced case number.

Dated this 7th day of July 2025.

                                                                 First Tower Loan, LLC

                                      By:    /s/ John E. Tucker
                                                     Its Attorney

## CERTIFICATE OF SERVICE

    I do hereby certify that I have this day electronically filed with the Clerk of Court using the ECF system which sent notification, or mailed, via U.S. Mail, postage fully prepaid to non-ECF participants, a true and correct copy of the foregoing Notice of Withdrawal Interest to the following:

Thomas Carl Rollins, Jr.
trollins@therollinsfirm.com
Attorney at Law

Office of the U. S.
USTPRegion05.JA.ECF@usdoj.go

Torri Parker Martin
tpm@tpmartinch13.com
Chapter 13 Trustee

Dated this 7th day of July 2025.

/s/ John E. Tucker
John E. Tucker

John E. Tucker
MS State Bar No. 10020
First Tower Loan, LLC
Tower Loan of Mississippi, LLC
Gulfco of Mississippi, LLC
P.O. Box 320001
Flowood, MS 39232-0001
Phone: 601-992-0936
Fax: 601-992-5176